UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISHA WALTERS,<br><br>            Plaintiff,<br><br>     v.<br><br>DOLLAR TREE DISTRIBUTION, INC., *et al.*,<br><br>            Defendants. | Case No.  2:21-cv-02299-JAM-JDP<br><br>ORDER GRANTING DEFENDANT'S MOTION TO ENFORCE STATE COURT ORDER<br><br>ECF No. 12 |

This case was before the court on April 28, 2022, for hearing on defendant Dollar Tree Distribution, Inc.'s motion to enforce a state court order requiring plaintiff both to provide further responses to discovery requests and to pay monetary sanctions.  ECF No. 12.  Attorney Camilo Echavarria appeared on behalf of defendant, and attorney Nicholas Scardigli appeared on behalf of plaintiff.

For the reasons state on the record, it is hereby ORDERED that:

1. Defendant's motion to enforce the state court's order, ECF No. 12, is granted.

2. Plaintiff shall promptly provide further and complete responses to defendant's Interrogatories Nos. 6.1, 8.1, 8.2, 8.3, 8.4, 8.5, 8.6, 8.7, 8.8, 9.1, 9.2, and 17.1 and Requests for Admission Nos. 4 through 10.

3. Plaintiff shall immediately pay sanctions to defendant in the amount of $2,622.75.

2. By no later than May 5, 2022, plaintiff's counsel shall file with the court a declaration

1

verifying compliance with this order.

IT IS SO ORDERED.

Dated:   April 29, 2022                         _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE